1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARILYN M. PERKINS,                )  Case No. EDCV 08-1383-OP
                                   )
                    Plaintiff,     )
                                   )  JUDGMENT
            v.                     )
                                   )
MICHAEL J. ASTRUE,                 )
Commissioner of Social Security,   )
                                   )
                    Defendant.     )

        Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

        IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security, and dismissing this action with prejudice.

DATED:  January 25, 2010

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge